No. 97–569. BURLINGTON INDUSTRIES, INC. *v.* ELLERTH. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1086.] Motion of Ernest T. Rossiello, Esq., to permit Elena M. Dimo-Poulos, Esq., to present oral argument *pro hac vice* denied.

No. 97–643. UNITED STATES *v.* CABRALES. C. A. 8th Cir. [Certiorari granted, *ante*, p. 1072.] Motion of the Solicitor General to dispense with printing the joint appendix granted. Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that John W. Rogers, Esq., of Columbus, Mo., be appointed to serve as counsel for respondent in this case.

No. 97–795. PINAL CREEK GROUP *v.* NEWMONT MINING CORP. ET AL. C. A. 9th Cir.; and

No. 97–1054. CHASE MANHATTAN BANK, AS TRUSTEE OF THE IBM RETIREMENT PLAN TRUST FUND *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 97–6146. MONGE *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, *ante*, p. 1072.] Motion for appointment of counsel granted, and it is ordered that Cliff Gardner, Esq., of San Francisco, Cal., be appointed to serve as counsel for petitioner in this case.

No. 97–6544. IN RE BATES;

No. 97–6557. IN RE BATES;

No. 97–6862. IN RE ROWE;

No. 97–7276. IN RE BATES;

No. 97–7611. IN RE FOLLETT;

No. 97–7671. IN RE EASTERWOOD; and

No. 97–7691. IN RE COSSELMON. Petitions for writs of habeas corpus denied.

No. 97–1199. IN RE RICE;

No. 97–7029. IN RE HOLCOMB;

No. 97–7165. IN RE HARKLESS;

No. 97–7257. IN RE WHITFIELD; and

No. 97–7311. IN RE LANE. Petitions for writs of mandamus denied.